# Court of Appeals
# of the State of Georgia

ATLANTA, August 27, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0009.  WAYNE LYLE et al. v. LIBERTY CAPITAL, LLC et al.**

On August 17, 2018, Wayne Lyle and Charles Cary ("Plaintiffs")filed a notice of appeal from the trial court's order dismissing their complaint against Liberty Capital, LLC and other defendants, which had been entered the previous day.  On August 22, 2018, the trial court entered an order granting a motion by one of the defendants to cancel notice of lis pendens against certain real property which Plaintiffs had contended in their suit had been fraudulently transferred.  Plaintiffs filed this "Emergency Motion to Stay Order Canceling Lis Pendens" on August 24, 2018.

From the face of the trial court's August 22, 2018 order, it is apparent that  the only grounds for granting the motion to cancel the lis pendens was the dismissal of the underlying lawsuit and not any perceived deficiency in the notice of lis pendens. But our law is clear "that a valid notice of lis pendens remains in effect until a final judgment has been entered in the action *and the time for appeal has expired*." (Emphasis supplied.) *Exec. Excellence, LLC v. Martin Bros. Investments, LLC*, 309 Ga. App. 279, 283 (1) (a) (710 SE2d 169) (2011). See also *Vance v. Lomas Mgt. United States*, 263 Ga. 33, 36 (1) (426 SE2d 873) (1993) (same); *Petroleum Realty II v. Morris, Manning & Martin*, 317 Ga. App. 102, 105 (728 SE2d 896) (2012) ("A lis pendens may properly remain in effect to give notice that property is involved in a pending lawsuit until a party's right to appellate review has been extinguished."). Accordingly, the Plaintiffs' Emergency Motion to Stay the Order Canceling Lis Pendens is hereby GRANTED and any further action by the trial court with respect to the notice of lis pendens is hereby stayed during the pendency of the appeal of the

dismissal of the underlying lawsuit, with the exception that the trial court may issue such orders as are necessary to effectuate the ruling on this emergency motion.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   08/27/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
*, Clerk.*